**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: M.B. AND M.M.       :   No. 455 MAL 2017
           :
           :
PETITION OF: A.B.            :   Petition for Allowance of Appeal from
           :   the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of August, 2017, the Petition for Allowance of Appeal is

**DENIED**.